**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6719**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEROMY BERNARD DEAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:10-cr-00120-JRS-1)

Submitted: June 14, 2012            Decided: June 20, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeromy Bernard Deane, Appellant Pro Se. Jessica Aber Brumberg, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeromy Bernard Deane appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion and denying his motion to hold its decision in abeyance pending the Supreme Court's decision in Hill v. United States, No. 11-5721, and Dorsey v. United States, No. 11-5683. We have reviewed the record and find no abuse of discretion by the district court with respect to its denial of either motion. See Rhines v. Weber, 544 U.S. 269, 276 (2005); United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010). See also U.S. Sentencing Guidelines Manual ("USSG") § 1B1.10(b)(2); USSG App. C, Amend. 759 (2011); United States v. Stewart, 595 F.3d 197, 201-03 (4th Cir. 2010). Accordingly, we affirm for the reasons stated by the district court. United States v. Deane, No. 3:10-cr-00120-JRS-1 (E.D. Va. Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED